UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL DAVID JOHN CHENOWETH,

        Plaintiff,

v.

STATE OF WASHINGTON,

        Defendant.

C25-5485 TSZ GJL

ORDER

THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge, docket no. 17. Having reviewed the R&R, to which no objection was filed, the Orders entered by Judge Leupold on August 22, 2025, docket no. 9, and October 6, 2025, docket no. 16, and plaintiff's filings in this matter, the Court ORDERS as follows:

(1)     The R&R, docket no. 17, is ADOPTED;

(2)     Plaintiff's proposed complaint, docket no. 7-2, which was brought under 42 U.S.C. § 1983 against the State of Washington, which has Eleventh Amendment immunity, fails to state a claim upon which relief may be granted;

(3)     Plaintiff has been provided ample opportunity to file an amended or substitute complaint, and he has not timely done so;

ORDER - 1

1    (4)   This case is therefore DISMISSED without prejudice; <u>see</u> 28 U.S.C.
2 § 1915(e)(2)(B)(ii);

3    (5)   This dismissal shall count as a "strike" pursuant to 28 U.S.C. § 1915(g);

4    (6)   Plaintiff's motion for leave to proceed in forma pauperis, docket no. 7, is
5 STRICKEN as moot;

6    (7)   The Clerk is directed to send a copy of this Order to plaintiff pro se and
7 Judge Leupold and to CLOSE this case.

8    IT IS SO ORDERED.

9    Dated this 10th day of December, 2025.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2